1077

No. 97–814. CITY OF CLEVELAND *v.* NATION OF ISLAM ET AL. C. A. 6th Cir. Certiorari denied.

No. 97–816. VINE ET AL. *v.* FULLER ET AL. C. A. 9th Cir. Certiorari denied.

No. 97–817. MARTIN *v.* GOODYEAR AUTO SERVICE CENTER. C. A. 4th Cir. Certiorari denied.

No. 97–819. GREENE *v.* GREENBERG ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 97–828. EXCALIBUR GROUP, INC. *v.* CITY OF MINNEAPOLIS. C. A. 8th Cir. Certiorari denied.

No. 97–832. HINES *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 97–850. UNITED STATES EX REL. MCKENZIE *v.* BELL-SOUTH TELECOMMUNICATIONS, INC., DBA SOUTH CENTRAL BELL TELEPHONE CO. C. A. 6th Cir. Certiorari denied.

No. 97–852. KAVANAU *v.* SANTA MONICA RENT CONTROL BOARD. Sup. Ct. Cal. Certiorari denied.

No. 97–858. INO INO, INC., ET AL. *v.* CITY OF BELLEVUE. Sup. Ct. Wash. Certiorari denied.

No. 97–859. JORDAHL ET AL. *v.* DEMOCRATIC PARTY OF VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 97–895. SEBASTIAN *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 97–900. MADDEN *v.* INTERNATIONAL ASSOCIATION OF HEAT AND FROST INSULATORS AND ASBESTOS WORKERS ET AL. C. A. 2d Cir. Certiorari denied.

No. 97–941. ALVAREZ ET AL. *v.* CITY OF WESTMORLAND ET AL. C. A. 9th Cir. Certiorari denied.